■ In the Matter of DEBORAH D. NAJARRO, Respondent, v JON T. FONTAINE, Appellant. [954 NYS2d 511]—Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered November 1, 2011 in a proceeding pursuant to Family Court Act article 8. The order, among other things, directed respondent to stay away from petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.